Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 103 (AKH)

NICHOLAS PAPAZISSIS                              Docket No.: 07-CV-10029

                      Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

  -against-

                                    **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, et. al.,

                      Defendant(s).
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

      WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      August 25, 2008

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendants
                                        LEHMAN BROTHERS INC., LEHMAN
                                        COMMERCIAL PAPER INC. and LEHMAN
                                        BROTHERS HOLDINGS INC.

                                        By: _____
                                              Richard E. Leff (RL-2123)
                                              80 Broad Street, 23rd Floor
                                              New York, New York 10004
                                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
           Plaintiffs Liaison
           In Re Lower Manhattan Disaster Site
           Litigation
           115 Broadway, 12th Floor
           New York, New York 10006
           (212) 267-3700

           All Defense Counsel